IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:05CR361
                              )
      v.                      )
                              )
DUANE WALKER,                 )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motions for sentence reduction (Filing Nos. 33 and 37), waiver of hearing (Filing No. 36), and the stipulation of the parties (Filing No. 38). The retroactive amendment to the cocaine base guideline changes the total (final) offense level from 28 to 26. The government and defense agree that the new sentence should be eighty-four (84) months imprisonment, based on the prior computation of specific offense characteristics, adjustments, and any departures. Considering the time served and credit for good time,

IT IS ORDERED that said motions are granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to a term of eighty-four (84) months. He shall receive credit for all time served. The conditions of

supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 11th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court